# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENUS LIFESCIENCES INC f/k/a VALLEY TECHNOLOGIES, INC.,** : : : : **Plaintiff,** : : **v.** : : **TAPAYSA ENGINEERING WORKS PVT. LTD.,** : : : **Defendant.** : | **CIVIL ACTION** **NO. 20-CV-3865** |

## ORDER

**AND NOW**, this 10th day of March 2021, upon consideration of Plaintiff's Motion to Serve Foreign Defendant Tapasya Engineering Works Pvt. Ltd. By Alternative Methods (ECF No. 9), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 9) is **GRANTED.**

Plaintiff may effect service upon Defendant Tapaysa Engineering Works Pvt. Ltd., ("Tapaysa") through transmission of the Summons and the Complaint by e-mail to Tapaysa at the e-mail addresses specified in Plaintiff's Motion (ECF. No. 9). Service on Tapaysa as allowed by this Order shall be effected by Plaintiff within fourteen (14) days of entry of this Order.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**