# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENUS LIFESCIENCES, INC., | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| TAPASYA ENGINEERING WORKS PVT. LTD., | : | No. 20-3865 |
| | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 29th day of November 2021, upon consideration of Plaintiff Genus Lifesciences, Inc.'s Motion for Default Judgment (ECF No. 20) and Defendant Tapasya Engineering Works Pvt., Ltd.'s lack of opposition thereto, and for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 20) is **GRANTED**.

It is **FURTHER ORDERED** that **FINAL JUDGMENT** is entered in favor of Plaintiff Genus Lifesciences, Inc. and against Defendant Tapasya Engineering Works Pvt. Ltd. in the total amount of $1,773,467.

It is **FURTHER ORDERED** that **PLAINTIFF** shall serve a copy of this order and the accompanying memorandum opinion in the same manner it served notice of the hearing (ECF No. 21) and shall publish notice of the judgment in the trade publications Plaintiff identified in ECF No. 29, Contract Pharma and Pharma Manufacturing. The Clerk is instructed to mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**